with George W. Knowlton.— Interlocutory judgment and final judgment affirmed, with costs, on the authority of *Watertown National Bank* v. *Bagley* (134 App. Div. 831). All concurred.

Thomas Bonasera, Appellant, v. Buffalo and Lake Erie Traction Company, Respondent.— Judgment affirmed, with costs. All concurred.

Charles D. Rood, Appellant, v. Bank of Cattaraugus, Respondent. (No. 1.)— Judgment affirmed, with costs. All concurred; Spring, J., not sitting.

Charles D. Rood, Appellant, v. Bank of Cattaraugus, Respondent. (No. 2.)— Order affirmed, without costs. All concurred; Spring, J., not sitting.

William J. Fox, Respondent, v. Millard Construction Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. Sarah A. Wiggins, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Kruse, J., who dissented upon the ground that the evidence does not show that the defendant was the owner of the milk, or furnished or delivered the same to the factory, within the meaning of the statute,* and on the further ground that improper evidence was received.

William H. McRorie, an Infant, by Herbert E. McRorie, His Guardian ad Litem, Respondent, v. William H. Monroe, Appellant.— Judgment and order affirmed, with costs. All concurred.

Jennie Starkweather, Appellant, v. Byron McDonalds, Respondent.— Judgment affirmed, with costs. All concurred.

Mary L. Lewis, Appellant, v. Estate of Charles P. Lewis, Deceased, Respondent.— Decree affirmed, with costs and disbursements. All concurred.

May L. Morley, Respondent, v. Saloma E. Combs, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred, except Williams, J., who dissented upon the ground that the sending or delivery of letters by the wife to the husband was not a publication of the libel such as to enable the plaintiff to maintain the action.

The People of the State of New York ex rel. Norman K. Graves, Respondent, v. Mildred Ford, Appellant.— Judgment and order affirmed. All concurred.

William J. Broker, Respondent, v. Oldman Boiler Works, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

James Conkey, Plaintiff, v. Frank Waters and Others, as Members of the Town Board of Town of Ridgeway, Orleans County, New York, and Said Town of Ridgeway, Defendants.— Plaintiff's application for an injunction denied and judgment directed for the defendants upon the submission, without costs, determining that a vacancy exists in the office of town superintendent of highways of the town of Ridgeway and that the town board has authority to fill the same. All concurred.

* See Agricultural Law (Gen. Laws, chap. 33; Laws of 1893, chap. 338), § 20; Id. § 22, as amd. by Laws of 1907, chap. 241; Id. § 12, as amd. by Laws of 1898, chap. 557.— [REP.